BEATRICE SENKO, *ET AL*, v. HENMORHEN, INC.

July 14, 1972.  Petition for certification denied.

M. v. H.

July 14, 1972.  Petition for certification denied.

MABEL WILLIAMS v. REMCO INDUSTRIES, INC.

July 14, 1972.  Petition for certification denied.  (See 118 *N. J. Super.* 481)

STATE OF NEW JERSEY v. PRUE S. NORTH.

July 14, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. CARMINE DI PAOLO.

July 14, 1972.  Petition for certification denied.

HOUSING AUTHORITY OF THE CITY OF ATLANTIC CITY v. ATLANTIC CITY EXPOS, INC.

July 14, 1972.  Petition for certification granted.